IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,<br><br>　　　　　Defendant. | Civil Action No.: 1:25-cv-8157<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO PROCEED UNDER PSEUDONYM & A RELATED PROTECTIVE ORDER |

　　Upon consideration of Plaintiff's Memorandum of Law in Support of Plaintiff's Unopposed Motion Seeking Leave to Proceed Under a Pseudonym and Related Protective Order, and in consideration of Defendant does not oppose the same, this Court hereby finds good cause to grant Plaintiff leave to proceed by the pseudonym "Jane Roe" in this action, and that no party or person may disclose her true identity or personal identifying information by order of this Court.

　　It is ORDERED that the Motion is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 5 and 13.

Date:  December 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge